# EXHIBIT B

# BMW Financial Services
## Consumer Credit Application



### A. FINANCE AND VEHICLE INFORMATION

**Type of Contract:** ☐ Lease  ☐ Pre-Pay Lease  ☐ Select  ☑ Retail  ☐ OwnersChoice
**Center Number:** 20626
**Center Name:** BRAMAN MOTORS
**Phone:**
**Contact:**

**CONTRACT FINANCE INFORMATION**
- MSRP: $ 81645.00
- Selling Price: $ 82950.00
- Cash Down: $ 0.00
- Net Trade In: $ 0.00
- Other Charges: $ 1691.55
- Amount Financed: $ 90200.96
- Term: $ 72
- Monthly Payment: $ 1537.84

**VEHICLE INFORMATION**
- Year: 2023
- ☐ New ☑ Used ☐ Demo
- Make: BMW
- Model: X6 XDRIVE40I
- Mileage: 1429

**TRADE IN INFORMATION**
- Year:
- Make:
- Model:
- Mileage: 0

### B. PRIMARY PERSONAL INFORMATION

**PERSONAL INFO**
- Social Security Number: -5681
- Last Name: SARRIA ESTRADA
- First Name: IDELISA
- Middle Initial:
- Jr./Sr.:
- Date of Birth:
- Cell Phone:
- Home Phone: (786) 343-1523
- E-Mail: SARRIAESTRADA1@GMAIL.COM
- Present Address: 7291 W 24TH AVE #165
- City: MIAMI
- State: FL
- Zip: 33016
- County: MIAMI-DADE
- How Long? 5 Yrs. 0 Mos.
- Previous Address:
- How Long? 0 Yrs. 0 Mos.
- Nearest Relative Not Living With You - Last Name:
- First Name:
- Home Phone:
- Address:
- City:
- State:

**EMPLOYMENT**
- Employer Name: RODAA HEALTHCARE
- Employer Phone: (786) 359-4318
- Years of Service: 5 Yrs. 4 Mos.
- Occupation: MGR
- Business Address: 306 ALCAZAR AVE STE 301
- City: CORAL GABLES
- State: FL
- Zip: 33134
- Gross Annual: $ 156000.00
- Previous Employer:
- Employer Phone:
- Years of Service: Yrs. Mos.
- Occupation:
- Other Annual Income: $ 0.00
- Source of Annual Income: (Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying the obligation.)
- Self Employed? ☐ Yes ☑ No

**ED**
- Education Background (Highest Level): ☐ High School ☐ 2 Yr. College ☐ 4 Yr. College ☐ Graduate School

**FINANCE INFO**
- Residence: ☐ Mortgage ☑ With Relatives ☐ Renting ☐ Own Free & Clear
- Monthly Payment: $ 0.00
- Personal Finance: ☐ Checking ☐ Savings
- Have You Ever Obtained Credit Under a Different Name? ☐ No ☐ Yes (List Names)
- Have You Ever Filed Bankruptcy? ☑ No ☐ Yes (Date  /  /  )

### C. CO-APPLICANT PERSONAL INFORMATION

(blank)

### D. COMMENTS

- Yes ☐ No ☑ Previous BMW Financial Services Customer
- Yes ☐ No ☑ Waive Security Deposit per Program (include acct. # or VIN in comments)
- Yes ☐ No ☐ Waive Security Deposit with Rate Adder
- Yes ☐ No ☑ Certified Pre-Owned
- Yes ☐ No ☑ Foreign National (Fax Foreign National Checklist)
- Yes ☐ No ☑ College Grad Program

**Additional Comments:**

| Center Name | Applicant's Name |
|---|---|
| BRAMAN MOTORS | IDELISA SARRIA ESTRADA |

**SPECIAL NOTICES:**
**CALIFORNIA RESIDENTS:** A married applicant may apply for an individual account.

**OHIO RESIDENTS:** Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**NEW YORK RESIDENTS:** Upon your request, you will be informed whether or not a consumer report was requested, and if so, the name and address of the agency that furnished such report.

**MARRIED WISCONSIN RESIDENTS:** Wisconsin law provides that no provision of any marital property agreement, or unilateral statement or court order applying to marital property will adversely affect a creditor's interests unless, prior to the time that the credit is granted, the creditor is furnished with a copy of the agreement, statement or decree, or has actual knowledge of the adverse provision.

If you are making this application individually, and not jointly with your spouse, please be sure that the full name and current address of your spouse is properly disclosed in Section B on the front cover of this application.

**MASSACHUSETTS RESIDENTS:** Massachusetts law prohibits discrimination on the basis of marital status or sexual orientation.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| LIST ALL OPERATORS IN ORDER OF MOST FREQUENT USE: | % of Vehicle Use | Birth Dates Mo. | Day | Yr. | Operator's License Number | State | Years Licensed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The information in this application is true and correct to the best of my knowledge. I authorize BMW Financial Services ("you"), a group that includes BMW Financial Services NA, LLC, BMW Bank of North America, and Financial Services Vehicle Trust, and Dealer to request information from me and to make whatever inquiries you consider necessary and appropriate (including requesting a consumer report from consumer reporting agencies) in considering granting me credit and for the purpose of any updates, renewals, extensions of credit, reviewing or collecting my account, offering me other products and services or for any other lawful purpose. You will rely on this information in deciding whether to grant the credit requested. My application will be considered by the appropriate creditor in the BMW Financial Services group depending on the type of credit I request. If I change the type of credit that I am requesting, I hereby request that a second creditor in your group offering the requested type of credit consider my application; and I consent to Dealer and both creditors reviewing my credit report. I understand that various communications from the creditor to me may be conducted under your group name of BMW Financial Services. I understand that you will retain this application whether or not credit is approved. I understand you use automatic telephone dialing systems, prerecorded/artificial voice messages and text messages to communicate with your customers. I expressly consent to receive autodialed calls, prerecorded/artificial voice messages, and text messages from you or third parties that work for you, using any telephone number I have provided to you, including any number provided on this application, even if that number is for a wireless telephone and/or using that number results in charges to me.

NOTICE TO APPLICANT(S): BY SIGNING BELOW, APPLICANT(S) AUTHORIZE SUBMISSION OF THIS CONSUMER CREDIT APPLICATION TO BMW FINANCIAL SERVICES, 1400 City View Drive Columbus, OH 43215.

| Applicant Signature | Date | Co-Applicant Signature | Date |
|---|---|---|---|
| [signature] | 3/31/23 | | |

BMW-2 11/15